Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

OCTOBER 26, 2011
WILLIAM M. McCOOL, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR11-0348 RAJ |
| Plaintiff, | INDICTMENT |
| v. | |
| HECTOR HUERTA, OCTAVIO HUERTA CRUZ, and JASON RYAN HUERTA, | |
| Defendants. | |

The Grand Jury charges that:

**COUNT 1**
**(Conspiracy to Distribute Methamphetamine)**

Beginning at a time unknown, but within the last five years, and continuing until on or about October 7, 2011, in King County, within the Western District of Washington, and elsewhere, HECTOR HUERTA, OCTAVIO HUERTA CRUZ, and JASON RYAN HUERTA, and other persons unknown, knowingly and intentionally did conspire to distribute methamphetamine, a substance controlled under Schedule II, Title 21, United States Code, Section 812.

INDICTMENT/Huerta, et al. - 1

1   It is further alleged that this offense involved fifty grams or more of a mixture or
2   substance containing a detectable amount of methamphetamine.
3   All in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(B),
4   and 846.

## COUNT 2
### (Distribution of Methamphetamine)

7   On or about April 5, 2011, in King County, within the Western District of
8   Washington, HECTOR HUERTA and OCTAVIO HUERTA CRUZ knowingly and
9   intentionally did distribute, and aid and abet the distribution of, methamphetamine, a
10  substance controlled under Schedule II, Title 21, United States Code, Section 812.
11  All in violation of Title 21, United States Code, Section 841(a)(1) and
12  841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNTS 3 THROUGH 6
### (Alien in Possession of a Firearm)

16  On or about the dates below, in King County, within the Western District of
17  Washington, HECTOR HUERTA and OCTAVIO HUERTA CRUZ, as specified below,
18  then being aliens illegally and unlawfully in the United States, did knowingly possess in
19  and affecting interstate and foreign commerce the firearms as outlined below, each of
20  which had been shipped and transported in interstate and foreign commerce.
21  //
22  //
23  //

| COUNT | DEFENDANT | DATE | FIREARM(S)/SERIAL NUMBER |
|---|---|---|---|
| 3 | HECTOR HUERTA and OCTAVIO HUERTA CRUZ | April 5, 2011 | - Norinco, model SKS, 7.62 caliber rifle bearing serial number 1703976 |
| 4 | HECTOR HUERTA | May 2, 2011 | - Remington Model 522, .22lr caliber rifle bearing serial number 3099300<br>- Ruger Model P95, 9mm caliber pistol bearing serial number 316-60547<br>- Gerstenberger & Eberwein Model 220, 22 caliber revolver bearing serial number 4969 |
| 5 | HECTOR HUERTA | June 9, 2011 | - Beretta Model 96, .40 caliber pistol bearing serial number BER308340<br>- Remington Model 870, 12 gauge shotgun bearing serial number I450584M<br>- Remington Model 870, 20 gauge shotgun, bearing serial number B084948U |

INDICTMENT/Huerta, et al. - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| 6 | HECTOR HUERTA | October 7, 2011 | - Mossberg Model 500AG, 12 gauge shotgun bearing serial number J279942<br>- Marlin Model 55, 12 gauge shotgun bearing serial number 28778884 |

All in violation of Title 18, United States Code, Section 922(g)(5)(A) and Section 2.

//
//
//

## COUNT 7
### (Distribution of Methamphetamine)

On or about October 7, 2011, in King County, within the Western District of Washington, HECTOR HUERTA and JASON RYAN HUERTA knowingly and intentionally did distribute, and aid and abet the distribution of, methamphetamine, a substance controlled under Schedule II, Title 21, United States Code, Section 812.

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

A TRUE BILL:

DATED: 10/26/11

*Signature of foreperson redacted pursuant to Judicial Conference.*

_____
FOREPERSON

_____
JENNY A. DURKAN
United States Attorney

_____
JILL OTAKE
Assistant United States Attorney

INDICTMENT/Huerta, et al. - 5